IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00333-LTB

LUCAS EDWARDS,

    Plaintiff,

v.

LARRY DESBIEN, Director, Colorado State Child Support Services,
REGGIE BUCHA, Executive Director, Child Enforcement Services, and
CHERYL TERNES, Child Support Services, Arapahoe Branch Director, and
RANDA ALSHAMI, Legal Technician, Arapahoe Branch,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of April, 2015.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/A. Lowe
                                  Deputy Clerk